UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60533-CIV-ALTONAGA/Seltzer

**CHANEL PATTI**,

    Plaintiff,

v.

**DYNAMIC RECOVERY SOLUTIONS, LLC**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Settlement [ECF No. 25], filed on May 29, 2018. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **thirty (30) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 29th day of May, 2018.

 

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record